# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Kyle Ira Litson, Sr., | ) | Case No. 1:18-cv-160 |
| Defendant. | ) | |

Defendant was detained pending further order of the court following a detention hearing on October 22, 2018. On November 3, 2018, defendant filed a motion requesting the court to reconsider its motion for detention. He advises that, if released, he intends to temporarily reside at a local shelter and then transition to a local hotel (assuming that his family is able to provide him funds for a room) until he is able to secure a place to stay in New Town.

On November 9, 2018, the court held an status conference with counsel by telephone. As the court explained to the counsel at the conclusion of the conference, it finds the living arrangements proposed by defendant to be unsuitable. Accordingly, the court **DENIES** defendant's motion (Doc. No. 21) without prejudice. Defendant can take consolation in the fact that he remains on the waiting list for a residential facility placement.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2018.

／s／ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court